IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARILYN LOIS TREVINO,

    Petitioner,        No. CIV S-07-1701 MCE KJM P

    vs.

SISKIYOU SUPERIOR COURT    <u>ORDER</u>
JUVENILE DIVISION, et al.,

    Respondents.

/

    Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On October 9, 2007, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.[1]

/////

---

[1] In her objections, petitioner seeks leave to amend.  However, the filing of an amended application for writ of habeas corpus would be futile because there is nothing before the court indicating petitioner challenges the fact the she is incarcerated or the duration of confinement.  Therefore the court does not have jurisdiction to entertain a 28 U.S.C. § 2254 action.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 9, 2007, are adopted in full; and

2. Petitioner's application for writ of habeas corpus brought under 28 U.S.C. § 2254 is dismissed.

Dated: October 24, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE